# IN THE SUPREME COURT OF TEXAS

No. 22-0938

IN RE STEVEN HOTZE

On Petition for Writ of Mandamus

**ORDERED:**

1.      Without regard to the merits of the petition for writ of mandamus, relator's emergency motion for temporary relief, filed November 22, 2022, is granted.  The trial court's October 31, 2022 order, in Cause No. 2021-18494, styled *David Lopez v. Steven F. Hotze and Liberty Center for God and Country*, in the 295th District Court of Harris County, Texas, is stayed pending further order of this court.

2.      Real party in interested is requested to file a response to the petition for writ of mandamus by December 23, 2022.

3.      The petition for writ of mandamus remains pending before this Court.


Done at the City of Austin, this Wednesday, November 23, 2022.

.

Blake A. Hawthorne

BLAKE A. HAWTHORNE, CLERK
SUPREME COURT OF TEXAS

BY CLAUDIA JENKS, CHIEF DEPUTY CLERK